Dismissed and Opinion filed February 13, 2003









Dismissed and Opinion filed February 13, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-01155-CV

____________

 

JOSHUA DUNMAN, Appellant

 

V.

 

JOSE A. IBANEZ, Appellee

 



 

On
Appeal from the 280th District Court

Harris
County, Texas

Trial
Court Cause No. 01-45035

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed April 30, 2002.

On February 4, 2003, appellant filed a motion to dismiss the
appeal because the case has been settled. 
See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.  

PER CURIAM

 

Judgment rendered and Opinion
filed February 13, 2003.

Panel consists of Justices Yates,
Hudson, and Frost.